UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson**, <br><br> Plaintiff, <br><br> v. <br><br> **Pruneridge Retail LLC**, a California Limited Liability Company; <br> **Jerry's Sportsmen's Lounge, Inc**., a California Corporation; and Does 1-10, <br><br> Defendants. | Case: No. 3:18-CV-06484-JST <br><br> [proposed] ORDER GRANTING JOINT STIPULATION TO EXTEND SITE INSPECTION DEADLINE |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT:

1. The deadline to hold a joint site inspection of the premises shall be extended to and include April 30, 2019.
2. All other dates that are calculated based on the inspection date will be adjusted accordingly.

IT IS SO ORDERED.

Dated: April 5, 2019

_____
HONORABLE JON S. TIGAR
UNITED STATES DISTRICT JUDGE